UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY WAYNE DESIGNS LLC,

                              Plaintiff,

      -v-

JOHN LOWRY & CYNTHIA LOWRY,

                            Defendants.

24 Civ. 2109 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 27, 2024, defendants John and Cynthia Lowry filed a motion to certain strike allegations from the Complaint. Dkt. 6. Plaintiff Gregory Wayne Designs has until April 18, 2024, to file a response. Defendants' reply, if any, is due by April 25, 2024.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: April 3, 2024
       New York, New York