

LAW OFFICE OF
MATTHEW F. DIDORA, P.C.

April 11, 2024

By ECF

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

      Re:    *Gregory Wayne Designs LLC v. Lowry*,
               Docket No. 24-cv-02109 (PAE)

Dear Judge Engelmayer:

      We represent plaintiffs, Gregory Wayne Designs LLC and Gregory Orenstein, and write to respectfully request an adjournment of the April 19 initial conference and April 17 deadline for submission of a joint letter. The reason for this request is that plaintiffs believe that this Court lacks subject matter jurisdiction over the action, and plaintiffs intend to file a motion to remand by April 19, 2024. If the motion is granted, there will be no need for the conference. However, if the motion is denied, plaintiffs are prepared to meet and confer with defendants' counsel and participate in an initial conference at the Court's convenience.

      I contacted defendants' counsel by telephone on April 5 and by email on April 6 to discuss this request, but I have not heard back.

      There have been no previous requests for an adjournment of these dates.

                                                  Respectfully submitted,

                                                Matthew F. Didora
**GRANTED.**                                   FOR THE FIRM
**SO ORDERED.**

     *Paul A. Engelmayer*
   _____
     PAUL A. ENGELMAYER
     United States District Judge
     April 15, 2024