UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

GREGORY WAYNE DESIGNS LLC,

                              Plaintiff,

           -v-

JOHN LOWRY & CYNTHIA LOWRY,

                            Defendants.

24 Civ. 2109 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    On April 19, 2024, plaintiffs Gregory Wayne Designs LLC and Gregory Orenstein filed a motion to remand the case to state court. Defendants John and Cynthia Lowry have until May 7, 2024, to file a response. Defendants' reply, if any, is due by May 14, 2024.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 23, 2024
       New York, New York