UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY WAYNE DESIGNS LLC *et al.*,

                              Plaintiffs,

                -v-

JOHN LOWRY & CYNTHIA LOWRY,

                              Defendants.

24 Civ. 2109 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

On July 24, 2024, the Court issued a decision denying plaintiffs' motion to remand, granting defendants' partial motion to dismiss, and striking paragraph 22 of the Complaint. In the decision, the Court also ordered defendants to respond to the Complaint by August 14, 2024. Defendants have failed to respond and have not sought an extension of this deadline. The Court orders defendants to respond by Wednesday, August 28, 2024. In light of defendants' disregard for the Court's order, this deadline will not be extended.

SO ORDERED.

                                                                     PAUL A. ENGELMAYER
                                                                     United States District Judge

Dated: August 22, 2024
           New York, New York